OPINION — AG — 62 O.S. 1961 359 [62-359], AUTHORIZE THE PAYMENT FROM AN APPROPRIATION FOR SUCH PURPOSES WITHIN THE GENERAL FUND OF CLAIMS AGAINST A COUNTY FOR EXPENSES INCURRED IN CONNECTION WITH THE ISSUANCE OF COUNTY GENERAL OBLIGATION BONDS. (FEES FOR LEGAL SERVICES) CITE: 19 O.S. 1961 171 [19-171] 62 O.S. 1961 479 [62-479], ARTICLE X, SECTION 27, ARTICLE X, SECTION 26 (JAMES FUNSON)